### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| YELLOW CORPORATION, YRC INC. (d/b/a YRC FREIGHT), USF HOLLAND LLC, NEW PENN MOTOR EXPRESS LLC, and USF REDDAWAY INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS, TEAMSTERS NATIONAL FREIGHT INDUSTRY NEGOTIATING COMMITTEE, TEAMSTERS LOCAL NO. 696, TEAMSTERS LOCAL NO. 795, and TEAMSTERS LOCAL NO. 41, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. |

### **PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rule of Civil Procedure, the undersigned counsel for Plaintiffs hereby certify as follows:

Plaintiffs USF Holland LLC and New Penn Motor Express LLC are wholly owned subsidiaries of Plaintiff Yellow Corporation. Plaintiff YRC Inc. (d/b/a YRC Freight) is a wholly owned subsidiary of Roadway LLC, which is a wholly owned subsidiary of Plaintiff Yellow Corporation. Plaintiff USF Reddaway Inc. is a wholly owned subsidiary of YRC Regional Transportation, Inc., which is a wholly owned subsidiary of Yellow Corporation. Yellow Corporation is a publicly traded Delaware corporation.

There are no other parent corporations, or publicly held corporations owning 10% or more of Plaintiffs' stock.

Dated this 27th day of June, 2023.    Respectfully submitted,

*/s/ Daniel P. Johnson*
Trina R. Ricketts      KS #18697
Daniel P. Johnson     KS #27449
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
700 W. 47th Street, Suite 500
Kansas City, MO  64112
Phone:  816.471.1301
Facsimile:  816.471.1303
Email:  trina.ricketts@ogletree.com
Email:  daniel.johnson@ogletree.com

And

Marc E. Kasowitz (*Pro Hac Vice Forthcoming*)
Ronald R. Rossi (*Pro Hac Vice Forthcoming*)
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, New York  10019
Telephone:  212.506.1700
Facsimile:  212.506.1800
Email:  mkasowitz@kasowitz.com
Email:  rrossi@kasowitz.com

And

Maria Gorecki (*Pro Hac Vice Forthcoming*)
**KASOWITZ BENSON TORRES LLP**
1400 16th Street, Suite 400
Denver, Colorado  80202
Phone:  720.932.8303
Facsimile:  720.932.8300
Email:  mgorecki@kasowitz.com

**ATTORNEYS FOR PLAINTIFFS YELLOW CORPORATION, YRC INC. (D/B/A YRC FREIGHT), USF HOLLAND LLC, NEW PENN MOTOR EXPRESS LLC, AND USF REDDAWAY INC.**