230

1  USF REDDAWAY - YRC FREIGHT

2  2022 TERMINAL CONSOLIDATION, TERMINAL ZIP
   CODE REALIGNMENT, VELOCITY DISTRIBUTION
3  CENTER & ROAD NETWORK REALIGNMENT
   CHANGE OF OPERATIONS
4
   MR-CO-01-06/2022
5
   JULY 26, 2022
6

7      THE COMPANY'S PROPOSED CHANGE OF OPERATIONS IS

8  APPROVED AS MODIFIED, CLARIFIED, AND STIPULATED TO ON

9  THE RECORD BY THE COMPANY WITH THE FOLLOWING

10 PROVISIONS.  ARTICLE 8, SECTION 6 OF THE NATIONAL

11 MASTER FREIGHT AGREEMENT PROVIDES AS FOLLOWS WITH

12 RESPECT TO THE MERGER OF TERMINALS BY COMMONLY-OWNED

13 SEPARATE EMPLOYERS COVERED BY THE AGREEMENT:

14     MERGER OF TERMINALS BY COMMONLY-OWNED SEPARATE

15     EMPLOYERS COVERED BY THIS AGREEMENT

16     SENIORITY SHALL BE DOVETAILED WHEN COMMONLY
       OWNED SEPARATE EMPLOYERS COVERED BY THIS
17     AGREEMENT MERGE (IN A SHUTDOWN OR PARTIAL
       SHUTDOWN) TWO (2) OR MORE TERMINALS.  IF, AFTER
18     THE DOVETAIL, THERE IS INSUFFICIENT WORK AT THE
       REMAINING LOCATION(S), THE REMAINING AFFECTED
19     EMPLOYEES SHALL BE ENTITLED TO ALL CONTRACTUAL
       RIGHTS INCLUDING ARTICLE 5, SECTION 5 RIGHTS BUT
20     SHALL HAVE MOVING EXPENSES PAID AS SET FORTH IN
       ARTICLE 8, SECTION 6.  FOR PURPOSES OF THIS
21     ENTIRE SECTION, EMPLOYEES SHALL REMAIN IN THEIR
       PREVIOUS HEALTH AND WELFARE AND PENSION FUNDS.
22     THE EMPLOYER AT THE REMAINING LOCATION(S) SHALL
       USE ALL EFFORTS TO FIND WORK OPPORTUNITY FOR ALL
23     DISPLACED EMPLOYEES.  ALL ITEMS UNDER THIS
       PROVISION SHALL BE CONTAINED IN AN APPROVED
24     CHANGE OF OPERATIONS COMMITTEE DECISION.  ALL
       OTHER ISSUES SHALL BE ADDRESSED BY THE CHANGE OF

EXHIBIT 10

```
 1           OPERATIONS COMMITTEE CONSISTENT WITH THE
             LANGUAGE OF THE AGREEMENT.
 2
 3           IT SHOULD BE NOTED THAT UNLESS SPECIFICALLY
 4   ADDRESSED IN THIS CHANGE OF OPERATIONS THROUGH THIS
 5   COMMITTEE, PRESENT OPERATIONS, WORK RULES AND
 6   AGREEMENTS SHALL REMAIN IN EFFECT AT THE LOCATION(S)
 7   INTO WHICH WORK IS BEING TRANSFERRED.  IT SHOULD ALSO
 8   BE NOTED THAT THIS CHANGE OF OPERATIONS DECISION IS
 9   BASED ON THE SPECIFIC FACTS PRESENTED AND SHALL NOT
10   SERVE AS PRECEDENT IN ANY OTHER CASE.
11           AGREEMENTS REACHED BY THE COMPANY AND THE UNIONS
12   AT THE LOCAL LEVEL AND OR ON THE RECORD ARE
13   INCORPORATED BY REFERENCE IN THIS DECISION AND ARE
14   FINAL AND BINDING.  IT IS ALSO UNDERSTOOD, AS STATED
15   ON THE RECORD, THAT EMPLOYEES TRANSFERRING TO GAINING
16   LOCATIONS, AS WELL AS ACTIVE EMPLOYEES AT THOSE
17   LOCATIONS, SHALL HAVE SUFFICIENT WORK OPPORTUNITIES
18   UPON IMPLEMENTATION OF THIS CHANGE OF OPERATIONS.
19           1.  IN ACCORDANCE WITH THE AUTHORITY UNDER
20   ARTICLE 8, SECTION 6 OF THE NATIONAL MASTER FREIGHT
21   AGREEMENT, THE COMMITTEE HAS DETERMINED THAT THE
22   SENIORITY APPLICATION IN THIS DECISION IS APPROPRIATE
23   UNDER THE CIRCUMSTANCES.  EMPLOYEES ACCEPTING
24   TRANSFER OPPORTUNITIES SHALL BE DOVE-TAILED INTO THE
```

```
 1    APPROPRIATE SENIORITY LIST AT THE LOCATIONS THEY ARE
 2    TRANSFERRING INTO, ON AN ACTIVE-TO-ACTIVE AND
 3    INACTIVE-TO-INACTIVE BASIS.  THE DATE OF THE MAILING
 4    OF THIS CHANGE OF OPERATIONS (MAY 2, 2022) SHALL BE
 5    USED FOR SENIORITY APPLICATION.  THIS DECISION IS
 6    BASED ON THE FACTS PRESENTED AND DOES NOT CREATE A
 7    PRECEDENT FOR FUTURE SENIORITY APPLICATIONS.
 8           2.   THE COMPANY'S PROPOSED METHOD OF BIDDING IS
 9    APPROVED AS CLARIFIED ON THE RECORD.  THE COMPANY
10    FIRST WILL ALLOW FOR BIDDING ON A FOLLOW THE WORK
11    BASIS FOR THE CLOSING LOCATIONS IDENTIFIED IN THE
12    PROPOSED CHANGE OF OPERATIONS:  FRESNO, CA; SEATTLE,
13    WA; THREE FORKS, MT; ST. GEORGE, UT; COMPTON, CA; SAN
14    FERNANDO VALLEY, CA; SAN DIEGO, CA; SANTA MARIA, CA.
15    IN ADDITION, THE COMPANY SHALL OFFER A TERMINAL BID
16    AT THOSE LOCATIONS WHERE THERE IS A LOSS OF ROAD
17    DRIVERS AND A GAIN OF UTILITY EMPLOYEES NEWLY CREATED
18    IN MR-UE-01-06/2022.  THE COMPANY THEN WILL CONDUCT A
19    POOL BID THAT INCLUDES REMAINING OPEN POSITIONS IN
20    THIS CHANGE OF OPERATIONS AND REMAINING UTILITY
21    EMPLOYEE POSITIONS FROM MR-UE-01-06/2022.  THE
22    COMPANY'S PROPOSED TIMELINE IS MODIFIED AS FOLLOWS:
23              -     THE CUT OFF DATE FOR DETERMINING
24                    EMPLOYEE ELIGIBILITY TO BID IS MAY 2,
```

```
 1                  2022.
 2           -      THE POSTING FOR FOLLOW THE WORK BIDDING
 3                  IN THIS CHANGE OF OPERATIONS AND
 4                  UTILITY EMPLOYEE POSITIONS IN
 5                  MR-UE-01-06/2022 WILL BE ON AUGUST 5,
 6                  2022.  ROAD DRIVERS FOLLOWING THEIR
 7                  WORK INTO A UTILITY EMPLOYEE POSITION
 8                  WILL REMAIN IN THAT POSITION FOR A
 9                  PERIOD OF SIX MONTHS UNDER PRESENT
10                  ECONOMIC CONDITIONS.
11           -      FOLLOW THE WORK BIDS AND UTILITY
12                  EMPLOYEE POSITIONS WILL BE AWARDED ON
13                  AUGUST 15, 2022.
14           -      POSTING OF THE POOL BID OPPORTUNITIES
15                  WILL BE ON AUGUST 18, 2022 AND THE BIDS
16                  WILL BE REMOVED ON AUGUST 29, 2022.
17           -      TELEPHONE BIDS CALL WILL BE ON
18                  SEPTEMBER 10, 2022.
19           -      IMPLEMENTATION SHALL BE NO SOONER THAN
20                  SEPTEMBER 18, 2022.
21        3.   FOR THE PURPOSE OF BIDDING AND SELECTING
22      FOLLOW THE WORK OPPORTUNITIES, LOCATIONS WITH SINGLE
23      LINE SENIORITY LISTS WILL BID POSITIONS IN SENIORITY
24      ORDER AS THEY HAVE IN THE PAST.
```

PATRICIA DOBEK, CSR, RPR
(773) 720-2079

```
 1         4.   IN CONNECTION WITH THE POOL BID, REMAINING
 2    POSITIONS CREATED IN THIS CHANGE OF OPERATIONS AND
 3    REMAINING UTILITY EMPLOYEE POSITIONS CREATED IN
 4    MR-UE-01-06/2022 SHALL BE OFFERED SIMULTANEOUSLY.
 5    FOR THE PURPOSE OF BIDDING AND SELECTING WORK
 6    OPPORTUNITIES, THE SENIORITY ROSTERS AT LOSING
 7    LOCATIONS SHALL BE MERGED ACTIVE TO ACTIVE AND
 8    INACTIVE TO INACTIVE BY CLASSIFICATIONS USING PRESENT
 9    BIDDING AND LAYOFF SENIORITY DATES.  ACTIVES SHALL
10    BID FIRST, WITH INACTIVES BIDDING THEREAFTER.
11    LOCATIONS WITH SINGLE LINE SENIORITY LISTS WILL BID
12    POSITIONS IN SENIORITY ORDER AS THEY HAVE IN THE
13    PAST.  POSITIONS NOT FILLED IN CONNECTION WITH THE
14    POOL BID SHALL BE REPOSTED AT THE APPLICABLE TERMINAL
15    AND OFFERED TO QUALIFIED EMPLOYEES IN SENIORITY
16    ORDER.  REMAINING UTILITY EMPLOYEE POSITIONS SHALL,
17    HOWEVER, BE MADE AVAILABLE TO QUALIFIED LOCAL CARTAGE
18    EMPLOYEES ONLY.
19         5.   IN THE EVENT EMPLOYEES INVOLVED UNDER THIS
20    DECISION HAVE A COMMON SENIORITY DATE AND THERE ARE
21    NOT ACTUAL DATE AND TIME PUNCH RECORDS AVAILABLE TO
22    DETERMINE WHO PUNCHED IN FIRST, THE PARTIES ARE
23    INSTRUCTED TO AGREE ON A METHOD TO RESOLVE THE ISSUE.
24         6.   IN THE EVENT THERE ARE EMPLOYEES WHO
```

```
 1   TRANSFER INTO A FACILITY WHERE OTHER EMPLOYEES ARE ON
 2   LAYOFF, SUCH LAID OFF SENIOR EMPLOYEES MAY NOT
 3   EXERCISE THEIR SENIORITY UNLESS OR UNTIL THE SENIOR
 4   EMPLOYEE IS RECALLED BY LETTER OR EQUIVALENT METHOD
 5   OF RECALL UNDER THE TERMS OF THE APPLICABLE
 6   SUPPLEMENTAL AGREEMENT FOR REGULAR EMPLOYMENT, AT
 7   WHICH TIME HE SHALL BE DOVE-TAILED INTO THE ACTIVE
 8   SENIORITY LIST.
 9         7.  QUALIFIED BIDDERS WHO ARE ON LONG-TERM
10   DISABILITY AT THE TIME OF THE BID SHALL BE ALLOWED TO
11   BID.  IN THE EVENT THEY ARE NOT ABLE TO CLAIM THEIR
12   BID ON THE DATE OF IMPLEMENTATION, THE POSITION THEY
13   BID INTO SHALL BE OFFERED, ON A HOLD DOWN BASIS, TO
14   THOSE CLASSIFICATION EMPLOYEES AT THE AFFECTED
15   LOCATION WHO WERE NOT SUCCESSFUL BIDDERS AT THE TIME
16   OF THE ORIGINAL BID.  THE SUCCESSFUL HOLD DOWN BIDDER
17   SHALL BE DOVE-TAILED ON THE APPROPRIATE SENIORITY
18   LIST AT THE LOCATION BID INTO UNTIL SUCH TIME AS THE
19   LTD EMPLOYEE IS ABLE TO RETURN TO WORK AND CLAIM THE
20   BID.  AT THAT TIME, THE HOLD DOWN EMPLOYEE WILL BE
21   AFFORDED THE OPPORTUNITY TO EITHER RETURN TO HIS
22   ORIGINAL LOCATION WITH FULL SENIORITY OR REMAIN AT
23   THE HOLD DOWN LOCATION AND BE GIVEN A NEW BIDDING
24   SENIORITY DATE AS OF THE DATE THE HOLD DOWN BID
```

1  COMMENCED, BUT SHALL RETAIN HIS ORIGINAL BIDDING AND
2  SENIORITY DATE FOR VACATION PURPOSES.  EMPLOYEES
3  BIDDING A HOLD DOWN POSITION SHALL NOT BE ENTITLED TO
4  ANY MOVING OR LODGING EXPENSES AS SET FORTH IN
5  ARTICLE 8, SECTION 6 OF THE NATIONAL MASTER FREIGHT
6  AGREEMENT OR AS OTHERWISE APPROVED BY THIS DECISION
7  UNLESS OR UNTIL SUCH TIME AS IT IS DETERMINED THAT
8  THE LTD EMPLOYEE WILL NEVER BE ABLE TO RETURN TO
9  WORK.  AT WHICH TIME THE HOLD DOWN EMPLOYEE SHALL BE
10 CONSIDERED AS A SUCCESSFUL BIDDER AND AT THAT TIME
11 THE ORIGINAL BIDDER SHALL BE ENTITLED TO ALL THE
12 PROVISIONS SET FORTH IN THIS DECISION.
13     8.  EMPLOYEES WHO HAVE BEEN DISCHARGED AND WHOSE
14 DISCHARGE IS PENDING RESOLUTION UNDER THE APPLICABLE
15 TERMS OF THE NATIONAL MASTER FREIGHT AGREEMENT AND
16 THE APPLICABLE SUPPLEMENTAL AGREEMENT SHALL BE
17 AFFORDED THE OPPORTUNITY TO BID.
18     9.  HEALTH WELFARE AND PENSION CONTRIBUTIONS
19 PAID ON BEHALF OF THE EMPLOYEES WHO RELOCATE UNDER
20 THIS DECISION SHALL CONTINUE TO BE PAID INTO THE
21 RESPECTIVE TRUST SUCH CONTRIBUTIONS WERE BEING PAID
22 TO IMMEDIATELY PRIOR TO THE TIME OF THE EMPLOYEES'
23 RELOCATION.
24     10. FULL-TIME TEAMSTER OFFICERS, BUSINESS AGENTS

1 AND ORGANIZERS WHO HAVE SENIORITY RIGHTS TO RETURN TO
2 EMPLOYMENT WITH THE COMPANY, SHALL BE ALLOWED TO BID
3 AND IF SUCCESSFUL MUST CLAIM THEIR BID AT THE TIME
4 THEY CEASE TO BE A FULL-TIME OFFICER, BUSINESS AGENT
5 OR ORGANIZER OR FORFEIT THEIR BID.
6     11. THE ISSUE OF WHETHER A CDL IS REQUIRED TO
7 BID ON CERTAIN POSITIONS SHALL BE DETERMINED IN
8 ACCORDANCE WITH THE ESTABLISHED CONDITIONS IN EFFECT
9 AT THE LOCATION WHERE THE WORK IS TO BE PERFORMED.
10 ANY EMPLOYEE, BY REASON OF SENIORITY WHO BECOMES
11 ELIGIBLE TO BID BUT NEEDS TRAINING TO BE CDL
12 QUALIFIED, SHALL BE OFFERED A SIXTY (60) DAY TRAINING
13 PERIOD BY THE COMPANY IN ORDER TO QUALIFY.  THIS DOES
14 NOT APPLY TO EMPLOYEES BIDDING A UTILITY EMPLOYEE
15 POSITION CREATED IN MR-UE-01-06/2022.  THE PERIOD TO
16 COMMENCE THE TRAINING MAY BEGIN UPON IMPLEMENTATION
17 OF THE CHANGE.  THE COMPANY WILL PROVIDE TRAINING
18 PERSONNEL AND EQUIPMENT AT THE LOCATION WHERE THE
19 EMPLOYEE IS CURRENTLY DOMICILED OR OTHERWISE AS
20 MUTUALLY AGREED TO.  IF THE EMPLOYEE FAILS TO QUALIFY
21 DURING SUCH SIXTY (60) DAY TRAINING PERIOD, THEY
22 SHALL FORFEIT THEIR BID AND RETURN TO THE SENIORITY
23 LIST AT THEIR PRESENT LOCATION.
24     12. MOVING AND LODGING EXPENSES SHALL BE PAID IN

1    ACCORDANCE WITH THE PROVISIONS OF ARTICLE 8,
2    SECTION 6(C) OF THE NATIONAL MASTER FREIGHT
3    AGREEMENT.
4         13. IN THE EVENT THE NUMBER OF GAINING POSITIONS
5    DO NOT FILL DURING THE BID OR AFTER BEING OFFERED
6    LOCALLY, THE COMPANY SHALL FILL THOSE POSITIONS AS
7    STATED BY THE COMPANY ON THE RECORD.
8         14. AS STATED BY THE COMPANY ON THE RECORD,
9    EMPLOYEES CURRENTLY IN ROAD DRIVER POSITIONS THAT ARE
10   IMPACTED BY THIS CHANGE OF OPERATIONS SHALL BE RED
11   CIRCLED BY NAME AND PROTECTED AS FOLLOWS:
12             A.  EARNINGS SHALL BE PROTECTED IN ANY WEEK
13        IN WHICH THE ROAD DRIVER IS NOT OFFERED WORK IN
14        THE ROAD CLASSIFICATION ON ANY FIVE (5) OUT OF
15        SEVEN (7) DAYS.  NO WEEKLY PROTECTION SHALL BE
16        AFFORDED IN THE EVENT THE ROAD DRIVER IS OFFERED
17        WORK IN CLASSIFICATION ON ANY FIVE (5) OUT OF
18        SEVEN (7) DAYS AND DECLINES FOR REASONS OTHER
19        THAN CONTRACTUAL COMPENSATED OR EARNED TIME OFF.
20             B.  EARNINGS PROTECTION SHALL BE CALCULATED
21        BASED ON THE EMPLOYEE'S PRIOR YEAR W-2 WAGES,
22        UTILIZING 1/52 TO CALCULATE WEEKLY EARNINGS.
23        GRIEVANCE DOLLARS PAID TO THE EMPLOYEE PURSUANT
24        TO THIS PROTECTION IN THE PRIOR YEAR SHALL BE

```
 1          EXCLUDED FROM W-2 WAGES FOR PURPOSES OF THE
 2          CALCULATION.  CONSISTENT WITH PRIOR PRACTICE
 3          WHERE PRIOR YEAR W-2 WAGES ARE INCOMPLETE OR NOT
 4          AN ACCURATE REFLECTION OF EARNINGS BECAUSE OF
 5          NON-WAGE COMPENSATED TIME, AN AVERAGE OF THE
 6          MOST RECENT PRIOR FOUR (4) FULL WEEKS WORKED
 7          SHALL BE UTILIZED.
 8          15. THOSE EMPLOYEES WHO CURRENTLY ENJOY
 9   ARTICLE 29, SECTION 3 PROTECTION SHALL RETAIN THEIR
10   PROTECTION IN ACCORDANCE WITH THE CHANGE OF
11   OPERATIONS AND THE CONTRACT.
12          16. THE COMPANY'S REQUEST FOR A "NO BID GRACE
13   PERIOD" OF SIXTY (60) DAYS TO DETERMINE CONSISTENT
14   FREIGHT FLOW AND ARRIVAL PATTERNS IS DENIED.
15          17. IN RESPONSE TO THE QUESTIONS RAISED BY A
16   NUMBER OF LOCAL UNIONS ON THE RECORD, IT IS CLARIFIED
17   THAT THE NATIONAL MASTER FREIGHT AGREEMENT, WESTERN
18   REGION SUPPLEMENTS, AND NMFA WESTERN REGION WORK
19   RULES IN EFFECT AT YRC FREIGHT SHALL APPLY TO ALL YRC
20   FREIGHT AND REDDAWAY OPERATIONS (WITH THE EXCEPTION
21   OF JC7, WHERE THE JC7 SUPPLEMENT AND WORK RULES SHALL
22   APPLY).  REDDAWAY'S ROAD OPERATION MAY, HOWEVER,
23   RETAIN ITS CALL BLOCKS.  IN ADDITION, THE EXISTING
24   NATIONAL ATTENDANCE POLICY SHALL APPLY.
```

```
 1        18. IT IS UNDERSTOOD THAT THE PROPOSED CHANGE OF
 2   OPERATIONS DOES NOT INVOLVE THE MERGER OF ANY
 3   BARGAINING UNIT AND NON-BARGAINING UNIT OPERATIONS
 4   (INCLUDING ROAD, CITY, OFFICE, OR SHOP).  THE
 5   COMMITTEE ALSO UNDERSTANDS THAT THE PROPOSED CHANGE
 6   OF OPERATIONS DOES NOT INVOLVE THE TRANSFER OF WORK
 7   FROM A BARGAINING UNIT LOCATION TO A NON-BARGAINING
 8   UNIT LOCATION.  AS SUCH, THE REQUESTS OF VARIOUS
 9   LOCAL UNIONS TO MERGE SENIORITY LISTS OF BARGAINING
10   UNIT AND NON-BARGAINING UNIT EMPLOYEES, APPLY AN
11   ENDTAIL SENIORITY APPLICATION TO NON-BARGAINING UNIT
12   EMPLOYEES, AND/OR ALLOW FOR THE TRANSFER OF EMPLOYEES
13   BETWEEN BARGAINING UNIT AND NON-BARGAINING UNIT
14   OPERATIONS IS DENIED.
15        19. THE REQUEST OF LOCAL 104 FOR ADDITIONAL
16   TRANSFER OPPORTUNITIES IS DENIED.
17        20. IN RESPONSE TO THE REQUEST OF LOCAL 104 TO
18   CLARIFY THE SENIORITY DATE OF REDDAWAY EMPLOYEES AT
19   REDDAWAY'S PHOENIX, AZ FACILITY, CURRENT BIDDING
20   SENIORITY DATE SHALL APPLY.
21        21. ANY LOCAL UNION REQUEST NOT SPECIFICALLY
22   ADDRESSED IN THIS DECISION IS DENIED.
23        22. THE COMPANY SHALL WORK WITH LOCAL UNIONS TO
24   CONTINUE REVIEWING ZIP CODE REALIGNMENTS AND MAKE
```

```
 1    ADJUSTMENTS AS NECESSARY.
 2         23. THE COMMITTEE RETAINS JURISDICTION OF THIS
 3    CHANGE FOR A PERIOD OF ONE (1) YEAR TO RESOLVE ANY
 4    ISSUES RELATIVE TO THIS CHANGE OF OPERATIONS.
 5         THIS DECISION IS RENDERED UNDER THE AUTHORITY OF
 6    ARTICLE 8, SECTION 6 OF THE NATIONAL MASTER FREIGHT
 7    AGREEMENT AND IS NOT INTENDED TO BE IN VIOLATION OF
 8    OR MODIFY THAT AGREEMENT OR THE APPLICABLE
 9    SUPPLEMENTS.
10                    *     *     *
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

1    I, Patricia Dobek, Certified Shorthand
2    Reporter for the State of Illinois, do hereby certify
3    that the foregoing was reported by stenographic and
4    mechanical means, which matter was held on the date
5    and at the time and place set out on the title page
6    hereof and that the foregoing constitutes a true and
7    accurate transcript of same.
8    I further certify that I am not related to
9    any of the parties, and I have no financial interest
10   in the outcome of this matter.

PATRICIA DOBEK
CERTIFIED SHORTHAND REPORTER
CSR NO. 084-003249