IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| YELLOW CORPORATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS, *et al.*, <br><br> Defendants. | Case No. 23-1131 |

## INDEX OF EXHIBITS TO ACCOMPANY DEFENDANT INTERNATIONAL AND NEGOTIATING COMMITTEE'S MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS

1. Exhibit 1    NMFA
2. Exhibit 2    Reddaway Agreement
3. Exhibit 3    NGC Rules of Procedure
4. Exhibit 4    Central Region Over-The-Road Supplemental Agreement
5. Exhibit 5    Southern Over-The-Road Supplemental Agreement
6. Exhibit 6    Carolina Over-The-Road Supplemental Agreement
7. Exhibit 7    May 30, 2023 Proposed Letter Agreement
8. Exhibit 8    Plaintiffs' Brief in ABF Case
9. Exhibit 9    Minnesota Change of Operations Agreement
10. Exhibit 10   Phase I Change of Operations Decision

Dated: July 20, 2023                                  Respectfully submitted,

*Michael E. Amash*
Michael E. Amash, KS Bar No. 22998
Nathan A. Kakazu, KS Bar No. 28276

BLAKE & UHLIG, P.A.
6803 West 64th Street, Suite 300
Overland Park, Kansas 66202
Telephone: (913) 321-8884
Facsimile: (913) 321-2396
mea@blake-uhlig.com
nak@blake-uhlig.com

*Edward M. Gleason, Jr.*
Edward M. Gleason, Jr., Bar No. 429325
*Pro Hac Vice Pending*
General Counsel
International Brotherhood of Teamsters
25 Louisiana Ave, NW
Washington DC 20001
Telephone: (202) 624-6847
Facsimile: (202) 624-6884
egleason@teamster.org

*Richard W. Gibson*
Richard W. Gibson, Bar No. 435485
*Pro Hac Vice Pending*
Staff Attorney
International Brotherhood of Teamsters
25 Louisiana Ave., NW
Washington, DC  20001
Telephone: (202) 624-6940
Facsimile: (202) 624-6884
rgibson@teamster.org


Counsel to the International Brotherhood of Teamsters and Teamsters National Freight Industry Negotiating Committee

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of July 2023, the foregoing was filed electronically with the United States District Court for the District of Kansas via the Court's CM/ECF system, which will serve all registered users.

*s/Michael E. Amash*