IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| YELLOW CORPORATION, YRC INC. (d/b/a YRC FREIGHT), USF HOLLAND LLC, NEW PENN MOTOR EXPRESS LLC, and USF REDDAWAY, INC., <br><br>    Plaintiffs, <br><br>v. <br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, TEAMSTERS NATIONAL FREIGHT INDUSTRY NEGOTIATING COMMITTEE, TEAMSTERS LOCAL NO. 696, TEAMSTERS LOCAL NO. 795, and TEAMSTERS LOCAL NO. 41, <br><br>    Defendants. | CIVIL ACTION <br><br>CASE NO. 6:23-cv-01131-JAR-ADM |

**NOTICE OF APPEAL**

Notice is hereby given that Yellow Corporation, YRC Inc. (d/b/a YRC Freight), USF Holland LLC, New Penn Motor Express LLC, and USF Reddaway Inc., Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from: (i) the Memorandum and Order (Dkt. 109) entered March 25, 2024, granting the motion to dismiss of Defendants International Brotherhood of Teamsters and Teamsters National Freight Industry Negotiating Committee, and granting the motion to dismiss of Defendants Teamsters Local No. 696, Teamsters Local No. 795, and Teamsters Local No. 41; (ii) the Judgment in a Civil Case (Dkt. 110) entered March 25, 2024; and (iii) the Memorandum and Order (Dkt. 132) entered July 15, 2024 (a) denying Plaintiffs' motion to alter or amend judgment, and for relief from judgment and order, and (b) denying Plaintiffs' motion to amend scheduling order and for leave to file proposed second amended complaint.

Dated: August 12, 2024

Respectfully submitted,

*/s/ Daniel P. Johnson*
Trina R. Ricketts   KS #18697
Daniel P. Johnson KS #27449
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
700 W. 47th Street, Suite 500
Kansas City, MO 64112
Phone:  816.471.1301
Facsimile:  816.471.1303
Email:  trina.ricketts@ogletree.com
Email:  daniel.johnson@ogletree.com

And

Marc E. Kasowitz (Admitted Pro Hac Vice)
Ronald R. Rossi (Admitted Pro Hac Vice)
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone:  212.506.1700
Facsimile:  212.506.1800
Email:  mkasowitz@kasowitz.com
Email:  rrossi@kasowitz.com

And

Maria Gorecki (Admitted Pro Hac Vice)
**KASOWITZ BENSON TORRES LLP**
1400 16th Street, Suite 400
Denver, CO 80202
Phone:  720.932.8303
Facsimile:  720.932.8300
Email:  mgorecki@kasowitz.com

**ATTORNEYS FOR PLAINTIFFS YELLOW CORPORATION, YRC INC. (D/B/A YRC FREIGHT), USF HOLLAND LLC, NEW PENN MOTOR EXPRESS LLC, AND USF REDDAWAY INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of August, 2024, I caused the above document to be electronically filed using the CM/ECF system, which will provide electronic notification to counsel of record for Defendants:

| | | |
|---|---|---|
| Michael E. Amash<br>**BLAKE & UHLIG, PA**<br>6803 W. 64th Street, Ste 300<br>Overland Park, KS 66202<br>Phone: 913.321.8884<br>Fax: 913.321.2396<br>mea@blake-uhlig.com | Abigail V. Carter<br>Richard F. Griffin, Jr.<br>**BREDHOFF & KAISER PLLC**<br>805 15th Street NW, Ste 1000<br>Washington, DC 20005<br>Phone: 202.842.2600<br>Fax: 202.842.1888<br>acarter@bredhoff.com | Edward M. Gleason, Jr.<br>**INT'L BROTHERHOOD OF TEAMSTERS**<br>25 Louisiana Avenue, NW<br>Washington, DC 20001<br>Phone: 202.624.6945<br>Fax: 202.624.6884<br>egleason@teamster.org |

**ATTORNEYS FOR ALL DEFENDANTS**

    */s/ Daniel P. Johnson*
    Daniel P. Johnson
    **ATTORNEY FOR PLAINTIFFS**